UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROME BESS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DOLLAR TREE STORES, INC. et al.,<br><br>　　　　Defendants. | No. 1:25-cv-00939-KES-BAM<br><br><br>ORDER |

Having reviewed and considered the parties' Joint Stipulation to Arbitrate and Stay Action, Doc. 6, it is ordered that:

1. All claims alleged in Plaintiff's Complaint against Defendants shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement entered between Family Dollar LLC and Plaintiff and the terms set forth in the Parties' Joint Stipulation to Arbitrate;
2. This action is stayed pending the completion of arbitration; and
3. The parties shall notify the Court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated:　August 6, 2025　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1